■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON ANDINO, Appellant. [664 NYS2d 14] —Judgment, Supreme Court, Bronx County (Elbert Hinkson, J.), rendered April 18, 1995, convicting defendant, after a jury trial, of attempted murder in the second degree, and sentencing him to a term of 8⅓ to 25 years, unanimously affirmed.

The court properly exercised its discretion in declining to sanction the People for their delay in producing two *Rosario* items and their failure to produce another. Concerning the late production of the ballistics request form, the defense abandoned its plan to use that document on further cross-examination. The defense was not prejudiced by the late production of certain medical records, since counsel was provided with ample time to review them prior to cross-examination of the medical expert. We conclude that no prejudice resulted from the destruction, pursuant to routine procedures, of the scratch copy of the investigating officer's complaint report (*see, People v Joseph*, 86 NY2d 565, 570-572).

The court's refusal to give an expanded identification charge was proper. The evidence did not present a close identification question, and the court's charge on the elements of the crime and the People's burden of proof sufficiently covered the subject (*see, People v Knight*, 87 NY2d 873).

We perceive no abuse of discretion in sentencing. Concur— Ellerin, J. P., Nardelli, Rubin and Mazzarelli, JJ.